Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 05-947-TJH(CW)          Date: February 10, 2005

Title:   John Turscak v. Harley Lappin

================================================================
DOCKET ENTRY:


================================================================
PRESENT: HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE

          Donna Y. Thomas                          n/a
          Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PETITIONER: n/a      ATTORNEYS PRESENT FOR RESPONDENT: n/a

PROCEEDINGS (IN CHAMBERS)

        This case has been referred to Magistrate Judge Carla Woehrle.
All future pleadings and correspondence shall be addressed to
Clerk, U.S. District Court, 312 N. Spring St., Los Angeles, CA
90012, and should bear the above case number and title.

        Petitioner is advised of the following requirements for the
preparation and submission of all future documents in this case:

        1.  All documents concerning this case are to be addressed and
submitted to the Clerk for filing.  Pursuant to Rule 83-2.11 of the
Local Civil Rules of this court, the parties and their attorneys
are to refrain from communicating with the judge by letter.  All
inquiries, requests or other matters to be called to the judge's
attention regarding this case should be submitted for filing as
motions, applications, or other appropriate pleadings.

        2.  Once the court has ordered the petition served on the
respondent, petitioner must serve respondent's attorney (or
respondent if no attorney has appeared in the case) with a copy of
every further pleading or other document submitted for
consideration by the court in this case.  Petitioner shall include
with the original document to be filed with the Clerk of the Court
a certificate stating the date that a true and correct copy of the
document was mailed to respondent or counsel.  **Any document**

MINUTES FORM 11                    Initials of Deputy Clerk____
CIVIL-GEN



Case No.  CV 05-947-TJH(CW)
Title:   John Turscak v. Harley Lappin
Date:    February 10, 2005 -- Page 2
=====================================================================

**received by the District Judge or the Magistrate Judge which has**
**not been filed with the Clerk or which fails to include a**
**certificate of service may be disregarded by the court.**

     3.  At the top of the first page of any document submitted for
filing, petitioner shall provide his name and mailing address
(including any prisoner number or dorm, wing or building number) as
required for mail to be properly delivered.  The address provided
will be presumed correct and will be used to communicate with
petitioner.  During the pendency of the action, petitioner must
notify the court immediately if his address changes and must
provide the court with the new address and its effective date.
Petitioner is advised, in particular, of Local Rule 41-6 of this
court which provides as follows: **"If mail directed by the Clerk to**
**a *pro se* plaintiff's address of record is returned undelivered by**
**the Postal Service, and if, within fifteen (15) days of the service**
**date, such plaintiff fails to notify, in writing, the Court and**
**opposing parties of his current address, the Court may dismiss the**
**action with or without prejudice for want of prosecution."**

     4.  Petitioner shall submit 1 original and 1 copy or, if
petitioner wishes to receive a conformed copy, 1 original and 2
copies of each document submitted for filing.  The Clerk will not
make photocopies of documents except for good cause shown.

     5.  Each document should have at least a 1 inch margin at the
top of each page so that the document can be 2-hole punched and
properly bound in the court file and should be typed or handwritten
legibly and darkly enough so that it can be photocopied clearly.

     Petitioner is advised that compliance with each of these
requirements, and with all other requirements of the Local Rules of
this court, will avoid delays in the consideration of this case.


cc:   John Turscak
      Reg. # 14098074
      P.O. Box 150160
      Atlanta, GA 30315-0160


**MINUTES FORM 11**                          Initials of Deputy Clerk____
**CIVIL-GEN**