**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES--GENERAL**

Case No. CV 05-947-TJH(CW)                    Date:   March 25, 2005

Title:   John Turscak v. Harley Lappin
=====================================================================

PRESENT:   Hon. Carla M. Woehrle, United States Magistrate Judge

        Donna Y. Thomas                       n/a
        Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PETITIONER: n/a      ATTORNEYS PRESENT FOR RESPONDENT: n/a

PROCEEDINGS (IN CHAMBERS):

     This action was filed in this court on February 7, 2005, as a petition for federal habeas corpus relief under 28 U.S.C. § 2241. Pro se petitioner John Turscak is a prisoner in federal custody pursuant to a 2001 conviction in this court. However, this court, having reviewed the petition, found that it did not challenge petitioner's conviction or sentence, but instead challenged the legality of conditions of petitioner's confinement. Accordingly, on February 18, 2005, this court ordered the action transferred to the Northern District of Georgia, where petitioner is incarcerated. The action was transferred to that district, where it was opened as Case NO. CV 05-569-CC(SSC).

     On March 10, 2005, this court received an envelope from petitioner containing a letter and "Exhibits" A and B, of which Exhibit B was an envelope which was later determined to contain a dead mouse. This chambers referred the matter to the U.S. Marshal's Service for further investigation. The Marshal determined that, in mailing the deceased rodent, petitioner was not attempting to threaten the court, but rather to support his allegations that he is being exposed to danger from other inmates.

     Petitioner is advised that he should not send any further correspondence to this court, but should pursue this matter, appropriately, in the Northern District of Georgia where his action has been transferred.

     The Clerk shall serve this minute order on petitioner, and shall also mail a copy of the minute order, with attachments, to U.S. Magistrate Judge Susan S. Cole, to whom the Georgia case has been referred.

DOCKETED ON CM

APR 5 2005

BY _____ 056

Initials of Deputy Clerk _____



Case No. CV 05-947-TJH(CW)
Title:   John Turscak v. Harley Lappin
Date:    March 25, 2005 -- Page 2
================================================================

   cc:  John Turscak
        Reg. # 14098074
        P.O. Box 150160
        Atlanta, GA 30315-0160

        Magistrate Judge Susan S. Cole
        United States District Court
        Federal Building
        121 Spring St. SE
        Gainesville, GA 30501