I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS RECORD IN THIS ACTION ON THIS DATE.

DATED: _11-17-05_

_D. Thomas_

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge _Carla Woehrle_

From: _____, Deputy Clerk   Date Received: _May 20, 2005_

Case No.: _CV 05-947-TJH (CW)_   Case Title: _TURSCAK V. LAPPIN_

Document Entitled: _Memorandum and Motion_

FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone number
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1   Proposed amended pleading not under separate cover
☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
☒ Other: _This case was closed and transferred to the Northern District of Georgia, where it remains pending. Petitioner was informed by minute order that all further documents should be submitted to that District and not here._

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date   U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_Nov. 17, 2005_   _Carla M. Woehrle_
Date   U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

DOCKETED ON CM

NOV 18 2005

BY _____ 056

CV-104A (03/03)   NOTICE OF DOCUMENT DISCREPANCIES